UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| Case No. | **2:25-cv-10578-JAK-ACCV** | Date: | February 26, 2026 |
|---|---|---|---|

Title:  *George Alexander Lugo v. Stovall, et. al.*

Present: The Honorable  Angela C. C. Viramontes, United States Magistrate Judge

| D. Castellanos | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

Attorney(s) Present for Plaintiff(s):        Attorney(s) Present for Defendant(s):

None Present                 None Present

**Proceedings (IN CHAMBERS):   ORDER TO SHOW CAUSE**

On January 6, 2026, the Court issued its Order Dismissing First Amended Complaint with Leave to Amend ("ODLA"). Electronic Case Filing ("ECF No.") 10, ODLA.   The Court also provided Plaintiff with a blank Civil Rights Form and a Voluntarily Dismissal form if either was desired.  Plaintiff's Second Amended Complaint ("SAC") was due on before February 10, 2026.  To date, Plaintiff has failed to file a SAC within the allotted time and has not requested an extension of time.

Accordingly, on or before **March 11, 2026,** Plaintiff is ORDERED to do one of the following: (a) advise the Court that Plaintiff does not wish to pursue this action; (b) show good cause in writing why the SAC was not timely filed and why the Court should not recommend dismissal for failure to prosecute and failure to comply with the Court's prior Order; or (c) file a SAC.

Plaintiff is forewarned that failure to pursue either of the options provided may be deemed a further violation of a Court order warranting dismissal and may also be considered additional evidence of a lack of prosecution on Plaintiff's part.

**IT IS SO ORDERED.**