JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

GEORGE ALEXANDER LUGO,

                Plaintiff,

     v.

OFFICER STOVALL, ET AL.,

                Defendants.

Case No. 2:25-cv-10578-JAK-ACCV

**JUDGMENT**

    Pursuant to the Presented By Order Dismissing the Petition, IT IS HEREBY ADJUDGED that the case is DISMISSED without prejudice.

Dated: April 20, 2026

_____

JOHN A. KRONSTADT
United States District Judge

1