JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

GEORGE ALEXANDER LUGO,

               Plaintiff,

    v.

OFFICER STOVALL, ET AL.,

               Defendants.

Case No. 2:25-cv-10578-JAK-ACCV

**JUDGMENT**

    Pursuant to the Presented By Order Dismissing the Complaint, IT IS HEREBY ADJUDGED that the case is DISMISSED without prejudice.

Dated:  April 27, 2026

_____
JOHN A. KRONSTADT
United States District Judge

1